FILED

2022 MAR 23 PM 12:11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. PLAINTIFF | USFWS 2018403272   22-mj-01131-Duty |
| DAVID SNEDDON | REPORT COMMENCING CRIMINAL ACTION |
| USMS#     DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3/22 @ 9:30 AM    ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   16 USC 3372 - Wildlife Trafficking

5. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required: ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1978

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Sup Mathew Carter

10. Remarks (if any): _____

11. Name: SPECIAL AGENT TRACEY WOODRUFF (please print)

12. Office Phone Number: 864-323-4991

13. Agency: US FISH & WILDLIFE SERV

14. Signature: _____

15. Date: 3/22/2022

CR-64 (05/18)     REPORT COMMENCING CRIMINAL ACTION