1

2

3

4

5

6

7

**FILED**
CLERK, U.S. DISTRICT COURT

**4/26/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

8        UNITED STATES DISTRICT COURT

9      FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10   UNITED STATES OF AMERICA, | No. CR   2:22-cr-00165 -MCS |
| 11           Plaintiff, | I N F O R M A T I O N |
| 12           v. | [16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(1)(B): Wildlife |
| 13   DAVID RYAN SNEDDON,<br>   aka "David Ryan," | Trafficking; 16 U.S.C. § 3374(a)(1): Criminal |
| 14           Defendant. | Forfeiture] |
| 15 | |
| 16 | |
| 17 | |

18

19      The United States Attorney charges:

20           [16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(1)(B)]

21      On or about August 2, 2020, in Los Angeles County, within

22   the Central District of California, and elsewhere, defendant

23   DAVID RYAN SNEDDON, also known as "David Ryan," knowingly

24   engaged in conduct that involved the sale and purchase of, the

25   offer of sale and purchase of, and the intent to sell and

26   purchase wildlife with a market value in excess of $350, and

27   knowingly transported, sold, received, and acquired wildlife,

28   specifically, the native California reptiles and live restricted

1  species listed below, knowing that such wildlife was taken,

2  possessed, and transported in violation of California state law,

3  including Title 14, California Code of Regulations, Sections

4  671(c)(7)(D)(E) and (G), 40, and 43.

| Native California Reptiles | California Live Restricted Reptiles |
|---|---|
| Mojave Shovel Nosed Snake(Chionactis occipitalis), Blue Speckled Rattlesnake (Crotalus mitchellii), Great Basin Gopher Snake (Pituophis catenifer deserticola), Long Nosed Snake(Rhinocheilus lecontei), Sonoran Lyre Snake(Trimorphodon lambda), Western Diamondback Rattlesnake(Crotalus atrox), Colorado Sidewinder(Crotalus cerastes laterorepens), and the Mojave Desert Sidewinder Snake (Crotalus cerastes cerastes) | (Family of Viperidae) Uganda Puff Adders Snake (Bitis arietans) and African Bush Vipers (Atheris species) |

1                      FORFEITURE ALLEGATION

2                 [16 U.S.C. § 3374 and 28 U.S.C. § 2461(c)]

3         1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4    Procedure, notice is hereby given that the United States of

5    America will seek forfeiture as part of any sentence, pursuant

6    to Title 16, United States Code, Section 3374 and Title 28,

7    United States Code, Section 2461(c), in the event of the

8    defendant's conviction of the offense set forth in the single

9    count Information.

10        2.    The defendant, if so convicted, shall forfeit to the

11   United States the following:

12             (a) All fish or wildlife or plants imported, exported,

13   transported, sold, received, acquired, or purchased contrary to

14   the provisions of Title 18, Section 3372 or any regulation

15   issued pursuant thereto;

16             (b) All vessels, vehicles, aircraft, and other

17   equipment used to aid in such offense; and

18             (c) To the extent that such property is not available

19   for forfeiture, a sum of money equal to the total value of the

20   property described in subparagraphs (a) and (b).

21        3.    Pursuant to Title 21, United States Code, Section

22   853(p), as incorporated by Title 28, United States Code, Section

23   2461(c), the defendant, if so convicted, shall forfeit

24   substitute property if, by any act or omission of the defendant,

25   the property described in the preceding paragraph, or any

26   portion thereof: (a) cannot be located upon the exercise of due

27   diligence; (b) has been transferred, sold to, or deposited with

28   a third party; (c) has been placed beyond the jurisdiction of

                                   3

1  the court; (d) has been substantially diminished in value; or

2  (e) has been commingled with other property that cannot be

3  divided without difficulty.

4                                    TRACY L. WILKISON
                                     United States Attorney

5

6

7                                    SCOTT M. GARRINGER
                                     Assistant United States Attorney
8                                    Chief, Criminal Division

9                                    MARK A. WILLIAMS
                                     Assistant United States Attorney
10                                   Chief, Environmental and
                                     Community Safety Crimes Section
11
                                     DENNIS MITCHELL
12                                   Assistant United States Attorney
                                     Deputy Chief, Environmental and
13                                   Community Safety Crimes Section

14                                   AMANDA M. BETTINELLI
                                     Assistant United States Attorney
15                                   Environmental and Community
                                     Safety Crimes Section
16

17

18

19

20

21

22

23

24

25

26

27

28