Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
4/26/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

Case Number   2:22-cr-00165 -MCS

Defendant Number

U.S.A. v.  DAVID RYAN SNEDDON

Year of Birth  1978

☐ Indictment   ☑ Information

Investigative agency (FBI, DEA, etc.)  USFWS

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense  August 2, 2020

c. County in which first offense occurred

Los Angeles County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles   ☐ Ventura
☐ Orange   ☐ Santa Barbara
☐ Riverside   ☐ San Luis Obispo
☐ San Bernardino   ☐ Other

Citation of Offense  16 USC 3372(a)(2)(A), 3373 (d)(1)(B):

Wildlife trafficking

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☐ No   ☐ Yes

If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 3/21/2022

Case Number:  22:MJ-01131-DUTY

Assigned Judge:  Unassigned

Charging: 16 USC 3372(a)(2)(A), 3373(d)(1)(B): Wildlife Traffickg

The complaint/CVB citation:
☑ is still pending
☐ was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?  ☐ No  ☑ Yes

IF YES, provide Name:  Michael Brown, DFPD

Phone Number:  213-894-5327

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  ☐ Yes  ☐ No

This is the ____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number

The superseded case:
☐ is still pending before Judge/Magistrate Judge

☐ was previously dismissed on

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

## INTERPRETER

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

## OTHER

☑ Male   ☐ Female

☐ U.S. Citizen   ☐ Alien

Alias Name(s)   David Ryan
_____

This defendant is charged in:

☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☑ environmental issues   ☐ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other _____

## CUSTODY STATUS

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  3/21/2022

b. Posted bond at complaint level on: _____

 in the amount of $ _____

c. PSA supervision?  ☐ Yes  ☐ No

d. Is on bail or release from another district:
_____

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number:
_____

d. ☐ Solely on this charge.  Date and time of arrest:
_____

e. On another conviction:  ☐ Yes  ☐ No
 IF YES :  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No
 IF YES :  ☐ State  ☐ Federal  AND
 Name of Court: _____
 Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20  ___ 21  ___ 40

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date   4/26/2022

/s/
Signature of Assistant U.S. Attorney
Amanda M. Bettinelli
Print Name