TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
AMANDA M. BETTINELLI (Cal. Bar No. 233927)
Assistant United States Attorney
Environmental Crimes and Community Safety Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0470
    Facsimile: (213) 894-6436
    E-mail:   Amanda.Bettinelli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-00165-MCS |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DAVID RYAN SNEDDON, | |
| Defendant. | **CURRENT TRIAL DATE:** 06/21/2022<br>**PROPOSED TRIAL DATE:** 10/25/2022 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney AMANDA M. BETTINELLI, and defendant DAVID RYAN SNEDDON ("defendant"), both individually and by and through his counsel of record, MICHAEL L. BROWN, DFPD, hereby stipulate as follows:

    1.   The Information in this case was filed on May 2, 2022. Defendant's first appeared before a judicial officer of the court in which the charges in this case were pending on April 26, 2022. The

1  Speedy Trial Act, 18 U.S.C. § 3161, originally required that the
2  trial commence on or before July 11, 2022
3      2.   On May 2, 2022, the Court set a trial date of June 21, 2022
4  and a status conference date of June 13, 2022.
5      3.   Defendant is released on bond pending trial. The parties
6  estimate that the trial in this matter will last approximately 3-4
7  days.
8      4.   By this stipulation, defendant moves to continue the trial
9  date to October 25, 2022 and the status conference date to October 3,
10 2022.  This is the first request for a continuance.
11     5.   Defendant requests the continuance based upon the following
12 facts, which the parties believe demonstrate good cause to support
13 the appropriate findings under the Speedy Trial Act:
14         a.   Defendant is charged with a violation of Title 16,
15 United States Code, Sections 3372(a)(2)(A), 3373(d)(1)(B): Wildlife
16 Trafficking.  The government has produced discovery to the defense,
17 including 50 pages of written reports for two transactions within the
18 Central District of California involving defendant.  There is
19 discovery outstanding for wildlife transactions that occurred outside
20 of the Central District.  The government will produce audio/video
21 recordings, photographs, and investigative reports for those wildlife
22 transactions. On or before May 6, 2022, the government counsel
23 requested all investigative reports and all discovery from the United
24 States Attorney's Office in South Carolina regarding a wildlife
25 trafficking investigation with transactions involving defendant.  On
26 or about May 10, 2022, a motion was filed under seal in the district
27 court in South Carolina for the release of discovery. (3:22-MC-00312-
28 CIV*Sealed* at Entry Number 1).

        b.    Defense counsel for defendant SNEDDON is presently scheduled to be in 1) a single defendant trial in CR 21-361-MCS, United States v. Martin Melgoza-Torres, which is estimated to last 2-3 days which is set for May 31, 2022; 2) a single defendant trial in CR 21-578-FMO-1, United States v. Ozzie Mendez, which is estimated to last 3-4 days which is set for June 7, 2022; 3) a single defendant trial in CR 21-CR479-FMO, United States v. Moises Irvin Delgado, which is estimated to last 3-4 days which is set for June 21, 2022 (a direct conflict with defendant's current trial date); 4) a single defendant TYPE trial in CR20-613-AB, United States v. Angelica Silva Vasquez, which is estimated to last 3-4 days which is set for June 28, 2022, 2022; 5) a single defendant TYPE trial in CR 18-447-CAS, United States v. Chemelle Winston, which is estimated to last 3-4 days is set for July 19, 2022; 6) a multi-defendant TYPE trial in CR 20-221-FMO-1, United States v. Raul Jr. Cisneros, which is estimated to last 3-4 days which is set for August 9, 2022; 7) a multi-defendant TYPE trial in CR 485-DMG-3, United States v. David Israel Portugal, which is estimated to last 3-4 days which is set for August 16, 2022; and 8) United States v. Shirley Ann Smith, CR 18-210-JAK, which is estimated to last 3-4 days which is set for November 8, 2022. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare or be available to try this case on the current trial date.

        c.    In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential

3

evidence in the case for transactions involving defendant in the Central District of California and elsewhere, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.    Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

      e.    The government does not object to the continuance.

      f.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

    6.    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of June 21, 2022 to October 25, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii]) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary

for effective preparation, taking into account the exercise of due diligence.

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: May 10, 2022               Respectfully submitted,

                                  TRACY L. WILKISON
                                  United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  _____/s/_____
                                  AMANDA M. BETTINELLI
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

I am DAVID RYAN SNEDDON's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 25, 2022 is an informed and voluntary one.

_____   05/17/2022
MICHAEL L. BROWN, DFPD              Date
Attorney for Defendant
DAVID RYAN SNEDDON

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 25, 2022. I understand that I will be ordered to appear in Courtroom 7C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 3, 2022 at 3:00 p.m. and October 25, 2022 at 8:30 a.m.

_____  Date 5/17/2022
DAVID RYAN SNEDDON
Defendant