Michael L. Brown
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012
michael_l_brown@fd.org
213-894-2854

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:22-cr-00165-MCS-1 |
| DAVID RYAN SNEDDON | |
| DEFENDANT. | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant David Ryan Sneddon that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Michael R. Wilner by order dated: March 23, 2022

☐ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☑ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Mr. Sneddon is unable to bring his daughters to Los Angeles this summer and has secured stable housing in Vegas after losing stable housing in the Central District of CA.

Relief sought *(be specific):*

Mr. Sneddon respectfully requests that this Court order him to be allowed to travel to Florida for a month long period for the month of July and transfer pretrial supervision to las Vegas, Nevada upon Mr. Sneddon's relocation after August 1, 2022

Counsel for the defendant and plaintiff United States Government consulted on June 22, 2022 and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation on June 22, 2022 (notice given by email).

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☐ in custody ☑ not in custody.

| June 24, 2022 | /s/ Michael L. Brown |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)