CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MICHAEL L. BROWN (Bar No. 338623)
(E-Mail: michael_l_brown@fd.org)
Deputy Federal Public Defender
321 East 2nd St
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
DAVID RYAN SNEDDON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID RYAN SNEDDON, <br><br> Defendant. | Case No. CR 22-00165-MCS <br><br> ***EX PARTE* APPLICATION TO MODIFY BOND CONDITIONS; DECLARATION OF COUNSEL** |

Defendant, David Ryan Sneddon, by and through his attorney of record, Deputy Federal Public Defender Michael L. Brown, hereby applies to this Court for an order modifying Mr. Sneddon's bond conditions to allow him to reside in Florida this summer. The Pretrial Services Office would like to limit Mr. Sneddon to two weeks and the government concurs with Pretrial Services Officer and recommends two weeks to travel to see his children, who reside with their mother in Florida, pursuant to a court authorized visitation schedule as represented by defense counsel. The government shares the concerns of Pretrial Services with regard to an extended stay in Florida without any supervision or reporting due to defendant's prior criminal history involving domestic violence and history of substance abuse.

1

The instant application is based upon the attached Declaration of Counsel and the files and records herein.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 24, 2022                By  /s/ *Michael L. Brown*
                                                            MICHAEL L. BROWN
                                                            Deputy Federal Public Defender
                                                            Attorney for DAVID RYAN SNEDDON

# DECLARATION OF MICHAEL L. BROWN

I, Michael L. Brown, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I am appointed to represent David Ryan Sneddon in the above-entitled action.

2. I file this declaration in support of Mr. Sneddon's *Ex Parte* Application to Modify Bond Conditions.

3. On March 23, 2022, Magistrate Judge Michael Wilner presided over Mr. Sneddon's initial appearance. Judge Wilner granted bond with a number of conditions. Dkt. No. 5.

4. One of the conditions was that Mr. Sneddon's travel be restricted to the Central District of California and that he not relocate without permission from the Supervising Agency.

5. At the initial hearing, the Court was informed that Mr. Sneddon has a delicate custody situation involving his daughters who reside in Florida with their mother.

6. At this point, Mr. Sneddon is unable to bring his daughters to California as he initially planned this summer and so he would like to go to Florida for the month of July so he can be with his children. He would reside at ███████████ Deltona, Florida ████.

7. After speaking with his Pre-Trial Services Officers, Mr. Sneddon was informed it has no issue with a period of two weeks but does not want Mr. Sneddon to stay longer.

8. Based on the above, Mr. Sneddon requests permission to travel outside of the Central District of California to Florida for a month long period this summer to be near his daughters.

3

9. After visiting Florida, Mr. Sneddon also intends to relocate to Las Vegas, Nevada where he has a more stable housing situation than here in the Central District of California at ███████████████████████ Las Vegas, NV ████.

10. AUSA Amanda Bettinelli was informed of this request on June 22, 2022. For all these reasons, Mr. Sneddon respectfully requests that the Court issue an order granting David Ryan Sneddon permission for travel to Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2022, at Los Angeles, California.

/s/ Michael L. Brown
MICHAEL L. BROWN