CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MICHAEL L. BROWN II (Bar No. 338623)
(E-Mail: Michael_1_Brown@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
DAVID RYAN SNEDDON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RYAN SNEDDON,<br><br>Defendant. | Case No. 22-00165-MCS<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE SENTENCING HEARING**<br><br>[CURRENT] Hearing Date: May 8, 2023, at 3:00 p.m.<br><br>[PROPOSED] Hearing Date: May 22, 2023, at 3:00 p.m. |

Defendant David Ryan Sneddon, by and through his counsel of record, Deputy Federal Public Defender Michael Brown, moves *ex parte* to request a continuance of the sentencing hearing from the present date of May 8, 2023 to May 22, 2023 for the following reasons:

1. The current sentencing date in this matter is May 8, 2023
2. On May 6, 2023, defense counsel was informed that Mr. Sneddon was hospitalized at Beverly Hospital in Montebello, California.
3. On May 8, 2023 defense counsel was informed that Mr. Sneddon is still receiving care and therefore will not be discharged in time for the sentencing hearing.

1    4. On May 8, 2023, defense counsel confirmed that the government has no
2       objection to continuing sentencing via email.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: May 8, 2023           By  /s/ Michael L. Brown II
                             MICHAEL L. BROWN II
                             Deputy Federal Public Defender
                             Attorney for DAVID RYAN SNEDDON